GRANVILLE - SMITH
v.
GRANVILLE - SMITH
No. 11354
United States Court of Appeals
Third Circuit
Submitted June 25, 1954
Decided June 25, 1954
See, also, 214 F.2d 820
Same case on appeal, see p. 701, this volume

DUDLEY, HOFFMAN AND McGOWAN, Charlotte Amalie, St. Thomas, Virgin Islands, ARNOLD, FORTAS AND PORTER, Washington, D. C., *for appellant*

WARREN H. YOUNG, Christiansted, St. Croix, Virgin Islands, *for appellee*

Before BIGGS, *Chief Judge*, and MARIS, GOODRICH, McLAUGHLIN, KALODNER, STALEY and HASTIE, *Circuit Judges*

PER CURIAM

This case is the same with regard to all operative facts and principles of law as Alton v. Alton, 3 Cir., 1953 (2 V.I. 600), 207 F.2d 667, certiorari granted, 1954, 347 U.S. 911, 74 S. Ct. 478, 98 L. Ed 1068; proceedings dismissed because moot, June 1, 1954 (3 V.I. 699, 347 U.S. 610, 74 S. Ct. 736, 98 L. Ed. 987). That decision must govern this. While individual members of the Court have not modified their views as set out in the opinions in that case, all recognize the authority of a decision rendered after due consideration by the Court en banc.

The judgment of the district court will be affirmed.